UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                                          Case No. 07-cr-45-PB

John Douglas, et al.

### O R D E R

The defendant has moved to continue the April 3, 2007 trial in the above case, citing the need for additional time to complete discovery and prepare a defense. The government and co-defendants do not object to a continuance of the trial date.

Accordingly, to allow the parties additional time to complete discovery and properly prepare for trial, the court will continue the trial from April 3, 2007 to July 10, 2007. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The March 26, 2007 final pretrial conference is continued to June 19, 2007 at 3:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

March 20, 2007

cc: Glenn Geiger, Esq.
    Harry Batchelder, Jr., Esq.
    R. Brian Snow, Esq.
    James D. Gleason, Esq.
    Bjorn Lange, Esq.
    Peter Papps, AUSA
    United States Probation
    United States Marshal