```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                    Case No. 07-cr-45-PB

**John Douglas**

### O R D E R

The defendant, through counsel, has moved to continue the August 19, 2008 trial in the above case, citing the need for additional time to consider the results of the competency evaluation recently completed and prepare a defense or negotiate a plea agreement.  The government does not object to a continuance of the trial.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from August 19, 2008 to November 4, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The July 30, 2008 final pretrial conference is continued to October 20, 2008 at 3:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

July 11, 2008

cc: Glenn Geiger, Esq.
    Peter Papps, AUSA
    United States Probation
    United States Marshal