**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**　　　　　　　　　　　　　　　　　　Case No. 07-cr-45-PB

<u>John Douglas</u>

**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for November 4, 2008, citing the need for additional time to finalize a negotiated plea agreement.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from November 4, 2008 to January 6, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

October 30, 2008

cc: Glenn Geiger, Esq.
    Peter Papps, Esq.
    United States Probation
    United States Marshal